# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
oOo

FILED
FEB 0 1 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA
v.
TOU FUE LOR (D.O.B. ___/1993)

Approved Musth RJ
AUSA 2\1\18

**CRIMINAL COMPLAINT**
CASE NO. 2:18mj 0023 KJN

I, Jeanne-Marie Martin, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Beginning on or about 5/20/17 through about 7/11/17, in the Eastern District of California, defendant Tou Lor, as indicated, (Offense Statutory Language) committed

- between 5/20/17 and 7/11/17 (Counts 1-5), executed and aided and abetted a scheme to defraud, and attempt to defraud, via use of US Mail and common carrier and by means of materially false promises, representations, and pretenses to federally insured financial institutions in violation of 18 U.S.C. 2, 1341, 1344(1) and (2);
- between 5/20/17 and 7/11/17 (Counts 6, 7), did knowingly use, and aided and abetted use, without authority, means of i.d. of another in a mail fraud and bank fraud scheme in violation of 18 USC 2, 1341, 1344 (1) and (2), all in violation of 18 U.S.C. 2, 1028A(a)(1);
- between 7/3/17 and 7/11/17 (Count 8), did knowingly and intentionally submit a credit application to a federally insured financial institution containing false information, while posing as another, and aided and abetted such, in violation of 18 USC 2, 1014;
- between 5/20/17 and 7/11/17 (Count 9), did knowingly possess 5 or more i.d. documents of others with intent to use such or transfer such unlawfully in violation of 18 U.S.C. 2, 1028(a)(3); and
- between 5/20/17 and 7/11/17 (Counts 10-12), executed and aided and abetted a scheme to defraud, and attempt to defraud, by means of materially false promises, representations, and pretenses to federally insured financial institutions in violation of 18 U.S.C. 2, 1341, 1344(1) and (2);

all in violation of Title 18, United States Code, Sections 2, 1341, 1344(1)(2), 1014, 1028A(a)(1), 1028(a)(3).

I further state that I am a Postal Inspector with the US Postal Inspection Service in and for the Eastern District of California and that this complaint is based on the following facts:

- see attached Affidavit, fully incorporated herein

__x__ Continued on the attached sheet and made a part hereof.

_____
Jeanne-Marie Martin
USPIS Postal Inspector

Sworn to before me, and subscribed in my presence at ___Sacramento, California___.

_____
(authorizing/issuing judicial official's signature)

Kendall J. Newman, U.S. MAGISTRATE
(print authorizing/issuing judicial official's name and title)        (date) Feb 1, 2018

# AFFIDAVIT

I, Jeanne-Marie Martin, being duly sworn, depose and state the following.

1. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized to request an arrest warrant. I have been employed with the U.S. Postal Inspection Service (USPIS) as a federal law enforcement officer since February 2006.

2. I am assigned to the Mail Theft Team in the San Francisco Division, Sacramento Domicile in Sacramento, California. During my tenure, I have completed law enforcement training to include the twelve-week Postal Inspector Basic Training in Potomac, Maryland. As part of my official duties, I am authorized to investigate and to make arrests for violations of federal and state law, including robbery and burglary of postal facilities, destruction of government property, theft of U.S. Mail, possession of stolen U.S. Mail, mail and bank fraud, false statements, obstruction of mail, credit card fraud, identity theft and/or counterfeit personal checks and identifications.

3. As a U.S. Postal Inspector with the USPIS, I have participated in numerous criminal investigations relating to theft of U.S. Mail, destruction of government property, counterfeit personal and corporate checks, possession of stolen U.S. Mail, bank fraud, identity theft, access device fraud, and unlawful possession and use and transfer of i.d. documents. I have also conducted investigations regarding the manufacturing and utterance of counterfeit personal and corporate checks and counterfeit identifications.

4. The facts and conclusions in this affidavit are based (a) on my personal knowledge, (b) on my participation in this investigation, (c) on my training and experience and on the training and experience of other law enforcement personnel with whom I have discussed this case, (d) on information gained from other law enforcement personnel, state and federal reports, and databases, and (e) on statements of witnesses, victims, and postal personnel.

5. Because this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have set forth only the facts that I believe are necessary to establish that there is probable cause for the herein charged offenses. Specifically, there is probable cause to believe that Tou Fue Lor (DOB 7/13/1993) did commit, and attempt to commit, the following violations:

Counts 1-5, 18 USC 2, 1341, Mail Fraud;
Counts 6-7, 18 USC 2, 1028A(a)(1), Aggravated Identity Theft;
Count 8, 18 USC 2, 1014, False Statements on a Credit Application;
Count 9, 18 USC 1028(a)(3), Possession of 5 or More Identification Documents; and
Counts 10-12, 18 USC 2, 1344, Bank Fraud and Attempted Bank Fraud.

6. On May 20, 2014, Lor was convicted and later sentenced to serve 18 months in federal custody for 18 USC 1028(a)(7) (unlawful use of means of identification of another for fraud) and 18 USC 1029(a)(3) (possession without authority of 15 or more access devices for fraud). On February 11, 2015, Lor commenced his 3 year term of federal supervision. According to Lor's federal probation officer, Lor has been on abscond status since July 11, 2017 to date.

7.      Beginning at a time unknown to the United States but at least starting about May 20, 2017 through about July 11, 2017, Lor, working with others, devised and executed a material scheme to defraud using the US Mail and common carrier, to obtain federally insured money and property by means of materially false and fraudulent pretenses and representations, and to obtain credit from federally insured financial institutions using without authorization stolen financial and identification information of another. By Lor's scheme to defraud, he obtained and used, without authorization, the identification and financial information of victims (including the victims' true names, dates of birth, and social security numbers) to apply for financial institution accounts and access devices. In furtherance of Lor's scheme to defraud, Lor, working with others, opened and attempted to open unauthorized accounts at federally insured financial institutions to obtain via US Mail and common carrier access devices for fraudulent use. Lor also used and attempted to use the unauthorized accounts to obtain proceeds via manufactured and altered stolen checks and financial instruments. Lor's scheme to defraud caused financial institutions to mail access devices (debit and credit cards) and related identification and financial documents through the US Mail and by common carrier.

8.      On or about the dates listed below, in the State and Eastern District of California, for the purpose of executing the scheme to defraud via US Mail and common carrier, and attempting to do so, Lor knowingly caused to be mailed the items described below, in violation of Title 18, United States Code, Sections 2 and 1341.

| Count | Date | Sender | Recipient | Item Description |
|---|---|---|---|---|
| 1 | 5/23/17 | CapitalOne Bank Wilmington, DE | K.D. xxx Hollow Oaks Court Roseville, CA 95678 | CapitalOne Mastercard (ending 0388) in the name of victim K.D. |
| 2 | 5/28/17 | BBVA Compass Chantilly, VA | K.D. 8105 Auberry Drive Sacramento, CA 95828 | BBVA Visa Card (ending 3493) in the name of victim K.D. |
| 3 | 5/30/17 | American Express Indianapolis, IN | N.V. 8105 Auberry Drive Sacramento, CA 95828 | American Express Card (ending 2553) in the name of victim N.V. |
| 4 | 5/23/17 | BBVA Compass Chantilly, VA | N.V. 8105 Auberry Drive Sacramento, CA 95828 | BBVA Visa Card (ending 3296) in the name of victim N.V. |
| 5 | 7/4/17 | Chase Bank Wilmington, DE | M.A. 8105 Auberry Drive Sacramento, CA 95828 | Letter regarding application for Chase Bank Visa Card |

9.      **Counts 1 and 6.** On May 21, 2017, victim K.D. parked his/her vehicle near a park in Roseville, CA. K.D. returned to find a window of his/her vehicle smashed and items stolen, including his/her CA driver's license (displaying his/her previous residential address on Hollow Oaks Court), social security card, cash, debit and credit cards, check book, house and mailbox keys (to his/her previous residence), his/her work identification badge, and insurance cards. Later on May 21, 2017, an application for a CapitalOne checking account was submitted online using K.D.'s true name, date of birth, social security number, and previous address (shown on his/her stolen CA driver's license as XXX Hollow Oaks Court). Cellular phone number 916-617-9192 was provided for the CapitalOne application. As set forth below, Lor used this phone number (ending 9192) for his own personal bank account and Lor confirmed this number as his own in text messages later found by law enforcement on Lor's iPad. According to law enforcement, federal probation, and DMV records, Lor's then residence address was at 8105 Auberry Drive. An email address of kdxxxxxx1976@gmail.com [victim first name

initial + last name + year of birth @gmail.com] was provided for the CapitalOne application. Based on my training and experience, the training and experience of other law enforcement personnel participating in this investigation and with whom I have consulted regarding this investigation, and based on common sense, I am aware that perpetrators of fraud via identity theft, and related crimes, often create and use multiple emails for one or more victims. Such perpetrators use, often for ease of recollection, a formula or format (similar to their own primary email address) for victim email addresses, e.g. [victim first and last name (variation)] + [DOB (variation)]. Based on seized electronic devices and financial records, Lor's primary email address was then toufuelor1993@gmail.com [name + year of birth @gmail.com]. Lor provided this email address to federal probation as his own email. As a result of the fraudulent CapitalOne application, a checking account (ending in 1205) was opened and a CapitalOne360 debit card was issued in the name of victim K.D. CapitalOne, a federally insured financial institution, confirmed that on or about May 23, 2017 the debit card (ending in 0388) was sent via US Mail to K.D. at xxx Hollow Oaks Court for access to federally insured deposits. Victim K.D. confirmed he/she did not apply for this account.

    10.    On or about the dates listed below, in the State and Eastern District of California, for the purpose of executing the scheme to defraud federally insured financial institutions, and attempting to do so, Lor knowingly deposited stolen and altered checks into his own account and an account that Lor fraudulently opened in the name of victim K.D, in violation of Title 18, United States Code, Sections 2, 1028A(a)(1) and 1344.

| Count | Date | Financial Institution | Amount |
| --- | --- | --- | --- |
| 10 | 05/27/17 | Check #2003 drawn on Bank of America (ending 0563) and deposited into Lor's BBVA (ending 9420) | $80.00 |
| 11 | 05/29/17 | Check #2005 drawn on Bank of America (ending 0563) and deposited into BBVA (ending 2247) | $750.00 |
| 12 | 05/29/17 | Check #447 drawn on Regions Bank (ending 0587) and deposited into BBVA (ending 2247) | $500.00 |

    11.    **Counts 2, 6, and 10.** On May 25, 2017, Lor submitted an online application for his own personal checking and savings accounts to BBVA Compass, a federally insured financial institution. For the applications, Lor confirmed his residence mailing address of 8105 Auberry Drive, Sacramento, CA and his cellular telephone number of 916-617-9192. Lor also provided his email address of toufuelor1993@gmail.com. According to BBVA, IP address 98.208.126.96 was associated with Lor's online application. Comcast (internet service provider) later confirmed IP address 98.208.126.96 was associated with (Lor's residence) 8105 Auberry Drive. Lor's BBVA application was approved and Lor opened a checking account (ending 9420) and a savings account (ending in 9412). As a result of the application, a BBVA Compass debit card (ending in 9962) was issued and mailed to Lor at 8105 Auberry Drive, Sacramento, CA. On May 27, 2017, via internet Lor made a mobile deposit into his BBVA checking account ending 9420. Specifically, Lor deposited check #2003, drawn on federally insured Bank of America (ending 0563), made payable to Tou Fue Lor in the amount of $80.00. Check #2003 was altered and reissued made payable to "Tou Fue Lor". This check was an item stolen during the burglary of victim K.D.'s vehicle.

    12.    **Counts 2, 6, 11 and 12.** On May 28, 2017, a BBVA application for checking and savings accounts was submitted online and later approved. For this application, Lor again used the true name, date of birth, social security number, and CA driver's license number of victim K.D. For this application, Lor used his own true residence address (8105 Auberry Drive, Sacramento, CA) and

phone number (ending 9192). According to BBVA, IP address 98.208.126.96 was again associated with the online application. A BBVA checking account (ending in 2247) and a BBVA savings account (ending in 2255) were opened in victim K.D.'s name. Pursuant to the fraudulent application and opening of accounts, BBVA Compass debit card (ending in 3493) was issued for access to federally insured deposits and thereafter sent via US Mail to 8105 Auberry Drive, Sacramento, CA. Victim K.D. confirmed he/she did not apply for these accounts. On May 29, 2017, Lor deposited into BBVA account ending 2247 altered check #2005, drawn on federally insured Bank of America (account ending 0563), made payable to victim K.D. in the amount of $750.00. Also on May 29, 2017, Lor deposited into BBVA account ending 2247 altered check #447, drawn on federally insured Regions Bank (account ending 0587), made payable to victim K.D. in the amount of $500.00. These checks (#2005 and #447) were items stolen during the burglary of victim K.D.'s vehicle.

13. **Counts 3 and 7.** On May 29, 2017, an application for an American Express debit card to be issued in the name of victim N.V. was submitted and approved online. For this application, Lor used the true name, date of birth, and social security number of victim N.V. and his own address of 8105 Auberry Drive, Sacramento, CA. The email address nv1962123@gmail.com [victim first and last initial + DOB @gmail.com] was used to complete the application. According to American Express, IP address 98.208.126.96 was again associated with the online application. As a result of the fraudulent application, an American Express card (ending in 2553) was issued and mailed to 8105 Auberry Drive, Sacramento, CA. On June 3, 2017, a request was made to change the account's primary telephone number to 916-617-9192 (Lor's number). Victim N.V. confirmed he/she did not apply for this account and the email address and telephone number are not his/her true email and phone number. Based on my training and experience, the training and experience of other law enforcement personnel participating in this investigation and with whom I have consulted regarding this investigation, and based on common sense, I am aware that perpetrators of fraud via identity theft, and related crimes, apply for and obtain financial institution bank cards in the name of others to facilitate the deposit (of altered and manufactured checks) and transfer of proceeds from other unauthorized accounts for cash (withdrawal), goods, and services, all in violation of Title 18, United States Code, Sections 2, 1028A(a)(1), and 1344.

14. **Counts 5 and 8.** On July 3, 2017, an application to Chase Bank, whose deposits were then federally insured, for a line of credit to obtain federally insured funds was submitted online. For this line of credit application, Lor used, without authority, the true name, date of birth, and social security number of victim M.A. Victim M.A. confirmed that he/she did not submit the application to open the credit account and obtain access to federally insured cash. For this completed application, Lor again used his own true residence address (8105 Auberry Drive, Sacramento, CA). According to Chase Bank, IP address 98.208.126.96 was again associated with the online application. Chase Bank processed the application and later issued a letter regarding the application. The letter was sent by US Mail and common carrier to Lor's residence at 8105 Auberry Drive, Sacramento, Ca addressed to victim M.A., all in violation of Title 18, United States Code, Sections 2, 1014, and 1341.

15. On July 11, 2017, law enforcement executed a California state search warrant at Lor's residence of 8105 Auberry Drive, Sacramento, CA. Law enforcement confirmed via law enforcement and government databases that Lor utilized the residential address of 8105 Auberry Drive, Sacramento, CA. Prior to the search, law enforcement also confirmed that Lor was on federal probation (for the above referenced fraud and identity theft case) with an address of record as 8105 Auberry Drive, Sacramento, CA. At the time of the search, Lor's probation officer identified Lor's bedroom at 8105

Affidavit                                                                                                                                          Page 4

Auberry Drive. Lor's probation officer participated in the state search warrant's execution and, during the search, conducted an interview of Lor pursuant to his conditions of release.

16. As law enforcement arrived at 8105 Auberry Drive to execute the state search warrant, Lor was exiting the residence. At that time, Lor was holding an iPad. Lor's federal probation officer identified Lor and questioned him. Lor identified the iPad he possessed as his own and provided the password for the electronic device to his probation officer. The federal probation officer examined Lor's computer related device and observed it contained an image of an apparent fraudulent check. Lor then admitted to his probation officer that he possessed and transferred identity and financial information of others for methamphetamines. Lor also confessed to his probation officer that he was using illicit drugs. Law enforcement conducted a search of Lor's bedroom and found items belonging to Lor. Specifically, law enforcement recovered Lor's BBVA Compass debit card (ending in 9962) from Lor's shirt in Lor's closet. Lor's US Mail and Citibank checkbook were found in Lor's backpack in Lor's closet. Lor's backpack also contained items stolen from the burglary of victim K.D.'s vehicle, including his/her driver's license and social security card. Lor also possessed in his backpack notebooks of handwritten notes. Based on my training and experience and common sense, I am aware that many of the notes constitute victim profiles, indicating compilation of victims' personal and financial information (e.g. true name, social security number, date of birth, residential address, and driver license number). Lor possessed victim profiles for victims K.D., N.V. and M.A. Lor also possessed other notes relating to additional victims, including names, dates of birth, bank names, addresses, phone numbers, and SSNs. When reviewing the profiles, law enforcement discovered Lor also possessed notes relating to email addresses using the above referenced formula or format [victim first and last name (variation)] + [DOB (variation)].

17. During a search of Lor's victim profiles found in Lor's backpack with US Mail addressed to Lor at the Auberry residence, law enforcement found handwritten notes specific to victim K.D. that included "ksd BBVA checking", "kdxxxxx76", and notes specifically referring to "BBVA" accounts ending 2255 and 2247. Lor's victim profiles also contained specific notes relating to victim N.V., including "Nxxxxxx R. Vxxxxxxx BBVA Compass Clear Spend" in reference to email "nv1962123@gmail.com". Lor's backpack also contained the unauthorized American Express debit card (ending 2553) in the name of victim N.V. and a BBVA Compass debit card (ending 3296) in the name of victim N.V. Also written in one of Lor's notebooks was Lor's own BBVA account number (ending 9420).

18. **Count 4, 7.** Regarding the recovered BBVA card ending in 3296, law enforcement later determined that on May 23, 2017, an application for this debit card was submitted and approved online. The application used without authorization the true name, date of birth, and social security number of victim N.V. and Lor's address of 8105 Auberry Drive, Sacramento, CA. Victim N.V. confirmed he/she did not apply for this account. The email address nv1962123@gmail.com was used to complete the application. The application was approved and the debit card ending in 3296 was issued and sent via US Mail and common carrier, in violation of Title 18, United States Code, Sections 2, 1028A(a)(1) and 1341.

19. During a search of the trash can located in the hallway outside of Lor's bedroom, law enforcement recovered check stock, manufactured checks made payable to Tou Lor, a Citibank statement in the name of Tou Lor, and a Wells Fargo Bank account application in the name of Tou Lor. Similar items were also located in a dresser drawer in Lor's bedroom, specifically, partially completed checks and blank checks on the same check stock and check software. On that dresser, law

enforcement located a Canon printer and the output tray of the printer contained a blank check. Similar blank checks were located throughout Lor's room.

20. On July 11, 2017, Lor was arrested by state law enforcement for identity theft. After Miranda rights advisement and waiver, Lor again confessed that he exchanged victim identity and financial information for methamphetamine. Lor claimed he could not recall associated locations and persons involved in the transactions. Lor also confessed that he began using methamphetamine in the preceding couple of months.

21. Pursuant to a subsequent state search warrant and the federal probation search of Lor's electronic devices (seized on July 11, 2017), Lor's iPad was forensically examined. The listed owner name of the iPad is "Tou's Ipad". Two Apple IDs were associated with Lor's iPad: toufuelor1993@gmail.com and another referencing Lor's minor child. Lor's iPad contained text messages addressed from "Tou" and responses indicating Lor used the iPad. For example, in response to an incoming message of "Bruh who's this?", Lor responded with "Tou Fue".

22. Based on review of forensic examination results and my training and experience and my discussions with other law enforcement personnel assisting with this investigation, law enforcement is aware the iPad was used to facilitate Lor's mail fraud, bank fraud, credit application fraud, and identity theft scheme. On Lor's iPad, between May 20, 2017 and July 11, 2017, there were numerous text messages between Lor and associates discussing acts in furtherance of the fraud scheme, including:

| Sender | Body of Message |
| --- | --- |
| Tou | You got your laptop? I need it to edit something |
| | ... |
| Associate (phone ending 5299) | Where did you get approved at? |
| | ... |
| Tou | American Express |
| | ... |
| Tou | Yo I ca,t sign in to search for people |
| | ... |
| Associate (phone ending 8855) | For persopo is jt.lines1 pass is masterone1 |
| | ... |
| Tou | Send the guy ssn asap |
| Associate (phone ending 8855) | Ya |
| Tou | The golden one check is his account |
| | ... |
| Tou | His name is AXXXXXX dXXXXX |
| | ... |
| Tou | Let's say we got a Wells Fargo checking acct that been open for awhile what if we threw a fat check in there will the fund be available right away? |
| Associate (phone ending 8855) | It still takes a week to clear |
| | ... |
| Tou | Yo I just came up a clean asss state check |
| | ... |
| Tou | I threw something into my wells so it will be available Tuesday |
| Tou | If it ride then we will be eating good |
| Tou | There's one processing now in the gobank too but I'm gonna throw another one |

23.     The forensic analysis also revealed outgoing text messages from Lor referring to phone number 916-617-9192 and his residence:

| Sender | Body of Message |
|---|---|
| Tou | Yo delete the 6179192 that's my old phone when I got lock up lol |
|  | ... |
| Tou | Come to my house |
| Tou | 8105 Auberry drive |

24.     Forensic analysis revealed that Lor utilized his iPad to conduct searches of numerous websites, including americanexpress.com, capitalone.com, freecreditreport.com, Spokeo, and cvvshop.com. Based on my training and experience and my discussions with other law enforcement personnel assisting with this investigation, I am aware that mail, bank, and credit fraud and identity theft perpetrators often use such sites, and other sites (including persopo.com (referenced in Lor's text messaging above)), to purchase and verify detailed victim personal identifying information.

25.     A document titled "KSD.pdf" was located on Lor's iPad and the file contained scanned images of victim K.D.'s social security card, driver's license, bank paperwork, and other items that were originally located in his/her stolen wallet. Hundreds of images were recovered from Lor's iPad. At least 100 scanned images were of checks (in various states of alteration), driver's licenses, social security cards, and credit reports in the names of people other than Lor. Many of the images matched items found in Lor's bedroom. One of the images depicts the true California driver's license of victim L.M. but displays Lor's photograph.

26.     **Count 9.** During the July 11, 2017 search at Lor's Auberry Drive residence, law enforcement recovered numerous identification documents of others. The identification documents were issued for travel in interstate commerce, issued by agencies engaged in interstate commerce, and or issued regarding conducting transactions in interstate commerce. Based on review of Lor's profiles, iPad, check manufacturing and alteration activity, stolen property reports, and because Lor did not have authorization to have such information from victims, I am aware that the items were targeted for fraudulent use. Accordingly, Lor knowingly possessed at least five (5) different identification documents, for fraudulent use and transfer, of numerous victims, including L.M., K.D., S.S., M.A., S.S., Y.L., and A.D., in and affecting interstate commerce, in violation of Title 18, United States Code, Section 1028(a)(3).

27.     For the reasons set forth herein, there is probable cause to believe that Tou Fue Lor (DOB 7/13/1993) committed several violations of federal criminal law, including:

Counts 1-5, 18 USC 2, 1341, Mail Fraud;
Counts 6-7, 18 USC 2, 1028A(a)(1), Aggravated Identity Theft;
Count 8, 18 USC 2, 1014, False Statements on a Credit Application;
Count 9, 18 USC 1028(a)(3), Possession of 5 or More Identification Documents; and
Counts 10-12, 18 USC 2, 1344, Bank Fraud and Attempted Bank Fraud.

Accordingly, your Affiant respectfully requests that this Court issue a complaint and arrest warrant against Tou Fue Lor.

28. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief, and that this affidavit was executed in Sacramento, California on February 1, 2018.

_____
Jeanne-Marie Martin
U.S. Postal Inspector

Sworn and subscribed before me
this _____ day of February _, 2018.
_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Approved
_____
Michelle Rodriguez
Assistant United States Attorney

///

## United States v. Tou Fue Lor
## Penalties for Criminal Complaint

**Defendants**

**TOU FUE LOR**

**COUNTS 1-5:**
VIOLATION: 18 U.S.C. §§ 2, 1341 – Mail Fraud and Attempted Mail Fraud
PENALTIES: Not more than 20 years imprisonment; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of up to 3 years

**COUNT 6-7:**
VIOLATION: 18 U.S.C. § 1028A (a)(1) – Aggravated Identity Theft
PENALTIES: Mandatory Minimum of 2 years imprisonment
Consecutive to sentence imposed on counts 1- 5, and/or count 8, and/or counts 10-12
Supervised release of up to 1 year

**COUNT 8:**
VIOLATION: 18 U.S.C. § 1014 – Credit App Fraud and Attempt
PENALTIES: Not more than 30 years imprisonment
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of up to 5 years

**COUNT 9:**
VIOLATION: 18 U.S.C. § 1028(a)(3) –Unlawful Possession of Five or More Identification Documents
PENALTIES: Not more than 15 years imprisonment
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

**COUNT 10-12:**
VIOLATION: 18 U.S.C. §§ 2, 1344(1) and 1344(2) – Bank Fraud and Attempted Bank Fraud
PENALTIES: Not more than 30 years imprisonment; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of up to 5 years

SPECIAL ASSESSMENT $100 AND RESTITUTION (mandatory on each count)